UNITED STATES of America,
Plaintiff–Appellee,

v.

Rodolfo LANDIRES, Defendant–
Appellant.

No. 10–15776

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 15, 2011.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, Bertha R. Mitrani, Roger Harris Stefin, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Jose Rafael Rodriguez, Rodriguez & Fernandez PA, Miami, FL, for Defendant–Appellant.

Before EDMONDSON, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

J. Rafael Rodriquez, appointed counsel for Rodolfo Landires, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Landires's conviction and sentence are **AFFIRMED**.